SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
mburns@seyfarth.com
Eric Hill (SBN 173247)
ehill@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Meagan Sue O'Dell (SBN 280086)
modell@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
IHG MANAGEMENT (MARYLAND) LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA CERVANTES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IHG MANAGEMENT (MARYLAND) LLC a Maryland limited liability company; and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 2:18-cv-10005-RGK-MAA<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>**[CIVIL L.R. 83-1.4]**<br><br>Complaint Filed: September 28, 2018<br>Trial: None |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Pursuant to Local Rule 83-1.4.1, Defendant IHG Management (Maryland) LLC ("IHGM" or "Defendant") submits this Notice of Pendency of Other Actions or Proceedings. Defendant's representations made in this Notice are solely for the purpose of complying with Local Rule 83-1.4.2.

In the present action, Plaintiff Estela Cervantes ("Plaintiff"), a former employee at the Crowne Plaza Redondo Beach hotel, alleges wage and hour claims against IHGM, including the alleged failure to provide meal and rest breaks, failure to pay wages and overtime, failure to maintain records, failure to furnish accurate itemized wage statements, failure to fully reimburse employees for their business expenses, failure to pay all wages due upon termination, and unfair competition.  Cervantes brings her claims as a class action and as a representative action under the California Private Attorneys' General Act (PAGA).

On January 17, 2018, Plaintiff Akli Merzouki, a former employee at the InterContinental Los Angeles Century City hotel, filed a class action lawsuit against IHGM in Los Angeles County Superior Court, alleging a failure to pay wages and overtime, failure to provide rest breaks, failure to furnish accurate itemized wage statements, failure to pay all wages due upon termination, and unfair competition. *See Akli Merzouki, et al. v. IHG Management (Maryland), et al.*, Case No. BC685729, Superior Court for the County of Los Angeles.  On March 26, 2018, Merzouki filed a First Amended Complaint, which added a PAGA cause of action.

Both the *Cervantes* and *Merzouki* cases include allegations that employees worked off-the-clock and were not paid for all hours worked as a result of IHGM's rounding practices.  Both cases also allege that Defendant did not provide legally-compliant rest breaks, and allege derivative itemized wage statement, waiting time penalty, and unfair

1

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

competition claims.  Unlike Cervantes, Merzouki does not allege any meal break, expense reimbursement, or recordkeeping claims.

On October 5, 2018, Kendra Sloan filed a PAGA-only action against Defendant, arising out of her employment at the Hotel Indigo Los Angeles. Sloan alleges that Defendant failed to pay wages and overtime, failed to provide compliant meal and rest periods, failed to furnish accurate itemized wage statements, failed to maintain accurate payroll records, failed to timely pay all earned wages during employment and at upon termination, and failed to reimburse for all business expenses incurred.  *See Sloan v. IHG Management (Maryland) LLC dba Hotel Indigo Los Angeles Downtown*, Case No. BC724262.  On December 27, 2018, Sloan filed a First Amended Complaint adding a suitable seating claim.  On January 2, 2019, Defendant removed this case to the District Court for the Central District of California, Case No. 2:19-cv-00021-DMG-JC, and Sloan filed a motion to remand on February 1, 2019.

Plaintiff Merzouki is represented by Joseph Lavi and Vincent Granberry of Lavi & Ebrahimian, 8889 W. Olympic Blvd, Suite 200, Beverly Hills, CA 90211.  The law firm's telephone number is (310) 432-0000.

Plaintiff Sloan is represented by Mark Yablonovich of the Law Offices of Mark Yablonovich, 1875 Century Park East, Suite 700, Los Angeles, California, 90067, (310) 286-0246, and Monica Balderrama, G. Arthur Meneses, and Joseph Liu of Initiative Legal Group, 1801 Century Park East, Suite 2500, Los Angeles California, 90067, (3109) 556-5637.

DATED: February 4, 2019                SEYFARTH SHAW LLP

By: _____
Michael J. Burns
Eric Hill
Meagan Sue O'Dell
Attorneys for Defendant
IHG MANAGEMENT (MARYLAND) LLC

2
NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

54639109v.1