1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12  ESTELA CERVANTES, individually          CASE NO. 2:18-cv-10005-RGK-MAA
    and on behalf of all others similarly
13  situated,                               **[PROPOSED] ORDER GRANTING
                                            PLAINTIFF'S MOTION FOR
14              Plaintiff,                   PRELIMINARY APPROVAL OF
                                            CLASS ACTION SETTLEMENT**
15              vs.

16  IHG MANAGEMENT (MARYLAND)
    LLC, a Maryland limited liability
17  company; and DOES 1 through 10,
    inclusive.
18
                Defendants.
19
20
21
22
23
24
25
26
27
28

MATERN LAW GROUP, PC
1230 ROSECRANS AVENUE,
STE 200
MANHATTAN BEACH, CA
90266

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY APPROVAL

Plaintiff Estela Cervantes's ("Plaintiff") Motion for Preliminary Approval of Class Action Settlement came on regularly for hearing on April 22, 2019, the Honorable R. Gary Klausner presiding.  The Court, having considered Plaintiff's motion and the Declaration of Matthew J. Matern and all exhibits thereto, including the Stipulation of Class Action Settlement ("Stipulation"), and for good cause appearing, HEREBY ORDERS AS FOLLOWS:

1.     The Court finds on a preliminary basis that the Settlement was reached after formal and informal discovery and is the product of non-collusive, arms'-length negotiations which were conducted with the assistance of an experienced mediator.  The Court further finds on a preliminary basis that the settlement does not suffer from any obvious deficiencies or provide preferential treatment to Plaintiff or any segment of the class.  The Court also finds on a preliminary basis that the settlement amount falls within the range of reasonableness.  The Court therefore finds on a preliminary basis that the Settlement appears to be fair, adequate, and reasonable, and therefore meets the requirements for preliminary approval.

2.     The Court approves, as to form and content: (1) the Notice of Class Action Settlement, attached as Exhibit 1 to the Stipulation; and (2) the Information Sheet, attached as Exhibit 2 to the Stipulation.  The Court finds that the mailing of the Notice Packets to each Class Member's last known address is the best notice practicable under the circumstances, and when completed, shall constitute due and sufficient notice of the class action, proposed Settlement, and the final approval hearing to all persons entitled to such notice in full compliance with the requirements of due process and the Federal Rules of Civil Procedure.

3.     The Court finds, for settlement purposes only, that the class meets the requirements for certification under Federal Rules of Civil Procedure, Rule 23, in that:    (1) the class is so numerous that joinder of all Class Members is impracticable; (2) there are questions of law and fact common to the class; (3)

MATERN LAW GROUP, PC
1230 ROSECRANS AVENUE,
STE 200
MANHATTAN BEACH, CA
90266

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY APPROVAL

Plaintiff's claims are typical of the claims of the class; (4) Plaintiff and her counsel will fairly and adequately protect the interests of the Class; and (5) questions of law and fact common to Class Members predominate over any questions affecting only individual Class Members, and a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

4.      The Court hereby provisionally certifies the following class:

All persons employed by Defendant as non-exempt employees at the at the Crowne Plaza Redondo Beach and Marina hotel in Redondo Beach, California at any time from September 28, 2014 through the earlier of May 27, 2019 or the date of entry of the Preliminary Approval order.

5.      The Court appoints, for settlement purposes only, Plaintiff Estela Cervantes as class representative.

6.      The Court appoints, for settlement purposes only, Matthew J. Matern, Launa Adolph and Kayvon Sabourian of Matern Law Group, PC to serve as class counsel.

7.      The Court appoints Rust Consulting, Inc. as the Settlement Administrator.   The Court authorizes the Settlement Administrator to mail the Notice Packets to the Class Members, pursuant to the terms of the Stipulation.

8.      A hearing to determine whether the Settlement is fair, reasonable and adequate to the Class Members and whether the Settlement should be finally approved ("Final Approval Hearing") shall be held on _____, 2019 at _____ ___.m., in Courtroom 850 of the United States District Court for the Central District of California, Roybal Federal Building and Courthouse, located at 255 East Temple Street, Los Angeles, California 90012.   The Court reserves the right to adjourn or continue the date of the Final Approval Hearing without further notice to Class Members, and retains jurisdiction to consider all further applications or motions arising out of or connected with the Settlement.

9.      The Parties are ordered to carry out the Settlement according to the terms of the Settlement.

MATERN LAW GROUP, PC
1230 ROSECRANS AVENUE,
STE 200
MANHATTAN BEACH, CA
90266

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY APPROVAL

10.     The Court sets the following deadlines:

| | |
|---|---|
| Deadline for Defendant to provide Class Information to Settlement Administrator | 14 days after entry of Preliminary Approval Order |
| Deadline for Settlement Administrator to mail Notice Packets to Class Members | 14 days after receiving Class Information from Defendant |
| Deadline for Class Members to opt out of or object to the Settlement ("Response Deadline") | 60 days after Notice Packets are mailed by the Settlement Administrator to Class Members |
| Deadline for Class Counsel to file Motion for Attorneys' Fees and Costs | 15 days before Response Deadline |
| Deadline for Plaintiff to file Motion for Final Approval of Class Action Settlement | 10 days after Response Deadline |

**IT IS SO ORDERED.**

Dated: _____        _____

Hon. R. Gary Klausner
United States District Judge for the Central District of California

MATERN LAW GROUP, PC
1230 ROSECRANS AVENUE,
STE 200
MANHATTAN BEACH, CA
90266

3

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY APPROVAL