# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELA CERVANTES, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>IHG MANAGEMENT (MARYLAND) LLC, a Maryland limited liability company; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:18-cv-10005-RGK-MAA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS AND A CLASS REPRESENTATIVE SERVICE AWARD** |

1

Having reviewed and considered the Plaintiff's Motion for Attorneys' Fees and Costs and a Class Representative Award, and GOOD CAUSE appearing, the Court hereby GRANTS said motion.

The Court previously granted Plaintiff Estela Cervantes's ("Plaintiff") Motion for Preliminary Approval. Plaintiff now seeks attorneys' fees in the amount of $168,300.00, which represents thirty-three (33%) of the non-reversionary settlement fund. Plaintiff is entitled to reasonable attorneys' fees under Labor Code §1194 and Code of Civil Procedure § 1021.5. The amount of attorneys' fees requested is reasonable as a percentage of the common fund. The requested fees are also reasonable based on Class Counsel's lodestar of $152,677.50, which is based on 217.5 attorney hours at their customary hourly rates, with a 1.1 multiplier. Application of a multiplier is appropriate based on the contingent nature of the fee agreement.

In addition, Class Counsel's request for reimbursement of costs and expenses in the amount of $18,249.72 is reasonable, as these costs and expenses were reasonably incurred in connection with the prosecution and settlement of the Action and thus are reimbursable.

Finally, Plaintiff's request for a Class Representative Service Award in the amount of $5,000.00 is reasonable, as Plaintiff put the interests of the Class Members ahead of her own, invested considerable time and effort in assisting in the prosecution of the Action, and assumed considerable risk by serving as the class representative.

Accordingly, the Court hereby ORDERS that:

1. Class Counsel shall be awarded attorneys' fees in the amount of $168,300.00 from the settlement fund.

2. Class Counsel shall be awarded a reimbursement of costs and expenses in the amount $18,249.72 from the settlement fund.

/ / /

/ / /

3. Plaintiff shall be awarded a Class Representative Service Award in the amount of $5,000.00 from the settlement fund.

IT IS SO ORDERED.

Dated: August 20, 2019

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE