UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -REOPENING/CLOSING

Case No. CV-18-10005-RGK-MAA  Date August 22, 2019

Title: Estela Cervantes v. IHG Management Maryland LLC, et al.

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Christine Chung | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

Proceedings:  ☐ In Court  ☒ In Chambers  ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 08/20/2019 .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer  cch

CV-74 (10/08)  CIVIL MINUTES -REOPENING/CLOSING